UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
GREGORY P. HARHAY, ET AL.,  )
         Plaintiffs         )
                            )
         v.                 ) C.A. No. 08-CV-30229-MAP
                            )
NOAH H. STARKEY, ET AL.,    )
         Defendants         )
```

ORDER RE: MOTION TO DISMISS

April 19, 2010

PONSOR, D.J.

In order to assess the issues related to Defendant's Motion to Dismiss, it is necessary for the court to know the precise status of probate proceedings that are related to this case. With this in mind, the court hereby orders both sides to submit separate reports, setting forth in detail the status of any pending probate proceedings relating to the estates of Anne Marie D'Amour, Gertrude I. Harhay, and Yvette Therese D'Amour.

It is So Ordered.

                                    /s/ Michael A. Ponsor
                                    MICHAEL A. PONSOR
                                    United States District Judge